UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

JS-6

| | |
|---|---|
| Case No. | **CV 23-6876-CBM(AGRx)** |
| Date | MARCH 6, 2024 |

| | |
|---|---|
| Title | United African-Asian Abilities Club et al v. Woodman Place LLC et al |

| | |
|---|---|
| Present: The Honorable | CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE |

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:    IN CHAMBERS-ORDER AND NOTICE TO ALL PARTIES**

Counsel are hereby notified that pursuant to the Judge's directive, and the notice of voluntary dismissal, this case is hereby dismissed with prejudice.

IT IS SO ORDERED.

cc: all parties